IN THE UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF VIRGINIA

DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Number: 4:18-CR-00011 |
| : | |
| MARCUS JAY DAVIS : Et al. : | |

**DEFENDANT TENIKQUA FULLER'S RESPONSE IN OPPOSITION TO THE UNITED STATES' MOTION REGARDING JURY COMPOSITION**

Comes now Defendant Tenikqua Fuller, and endorses, joins, and adopts the Response in Opposition to the United States' Motion Regarding Jury Composition filed by her co-defendant, Marcus Jay Davis, on April 12, 2019 (ECF 407).

2018.

TENIKQUA FULLER

By: /s/ Correy A. Diviney

Correy A. Diviney, Esq. (VSB #74833)
STRICKLAND, DIVINEY & SEGURA
P. O. Box 2866
Roanoke, VA 24001
Telephone (540) 982-7787
Fax: (540) 342-2909
correy@stricklandattorneys.com
    Counsel for defendant Fuller

CERTIFICATE OF SERVICE

I hereby certify that on the 12th of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Correy A. Diviney