IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA )
)
V. ) Case No. 4:18-cr-00011
)
TENIKQUA FULLER )

## WAIVER OF APPEARANCE

COMES NOW your defendant, Tenikqua Fuller, by counsel, and respectfully waives her right to be present at the hearings in this matter scheduled for September 3 and 4, 2019.

Date: 8/31/2019

_____
TENIKQUA FULLER

Respectfully submitted,

TENIKQUA FULLER

By: s/s Correy A. Diviney, Esq.

Correy A. Diviney, Esq. (VSB #74833)
STRICKLAND, DIVINEY, SEGURA & BYRD
P. O. Box 2866
Roanoke, VA 24001
Telephone: (540) 982-7787
Fax: (540) 342-2909
correy@stricklandattorneys.com
Counsel for Defendant Fuller

CERTIFICATE OF SERVICE

I hereby certify that on the __31__ day of ~~September~~ August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Correy A. Diviney