Courtney Etzelmiller
Virginia Department of Forensic Science
830 Southampton Ave, Suite 400
Norfolk, VA 23510
(757) 355-5995
E-Mail:  courtney.etzelmiller@dfs.virginia.gov

# Curriculum Vitae

**EDUCATION**

Masters of Forensic Science
Nebraska Wesleyan University, Lincoln, NE
May, 2005
Area of emphasis:  Forensic Psychology

Bachelor of Science in Psychology
Nebraska Wesleyan University, Lincoln, NE
May, 2001
Minor:  Political Science

**PROFESSIONAL WORK EXPERIENCE**

May 2008-Present
Forensic Scientist—Firearm and Toolmark Section
Virginia Department of Forensic Science Eastern Laboratory

June 2007-April 2008
Forensic Science Trainee—Firearm and Toolmark Section
Virginia Department of Forensic Science Central Laboratory

June 2006-June 2007
Forensic Fellow—Firearm and Toolmark Section
Virginia Institute of Forensic Science and Medicine

July-August 2005
Intern, Miami-Dade Medical Examiner Department

July 2003
Intern, Miami-Dade Medical Examiner Department

**COURT TESTIMONY**

Testified approximately 75 times from May 2008 - Present
Jurisdictions/Courts:  United States District Court (Newport News), Accomack County Circuit Court, Chesapeake Circuit Court, Hampton Circuit Court, Hampton Juvenile Court, Isle of Wight Circuit Court, Newport News Circuit Court, Newport News Juvenile Court, Norfolk Circuit Court, Northampton County Circuit Court, Portsmouth Circuit Court, Portsmouth Juvenile Court, Southampton County Circuit Court, and Virginia Beach Circuit Court



| | |
|---|---|
| **SPECIALIZED TRAINING** | Machining for the Firearm Examiner by Chris Monturo, 2018 |
| | Cognitive Bias Training by Debbie Boehem-Davis (GMU), 2016 |
| | Ruger Armorer's Course (LCP and LC9), Richmond, VA, 2016 |
| | Subclass Characteristic Workshop by Nancy McCombs, 2015 |
| | ASCLD/LAB Measurement Confidence Level 100 Webinar, 2014 |
| | Introduction to Uncertainty in Forensic Chemistry and Toxicology, 2013 |
| | Ruger Armorer's Course (P89 and Mini 14), NRA Fairfax, VA, 2009 |
| | Glock Armorer's Course, 2007 |
| | Eastern Regional Firearm and Toolmark Examiner's Conference, 2007 |
| | Firearms Safety Training, Fort Eustis, VA, 2007 |
| | NIBIN Training Course, Forensic Technology Inc., 2007 |
| | Training at various firearm manufacturing facilities including Smith & Wesson, Savage Arms, Wilson Arms, Mossberg, Colt, Marlin Firearms, Sturm, Ruger and Pine Tree Casting, SigArms, and Mayhew Steel Products, 2007 |
| | Eastern Regional Firearm and Toolmark Examiner's Conference, 2006 |
| | Virginia Institute of Forensic Science and Medicine Basic Forensic Science and Medicine Seminar; 40 hrs, July 2006 |
| **PRESENTATIONS** | "An Overview of the Department of Forensic Science Toolmark Training" presented with Scott Glass at the Eastern Regional Firearm and Toolmark Examiner Conference, 2006 |
| **TEACHING EXPERIENCE** | Instructor--Forensic Academy for Law Enforcement Officers, Virginia Department of Forensic Science, 2006-2008, 2014 |

**STUDY PARTICIPATION**

✓ Ten (10) Consecutively Rifled 9mm Ruger Pistol Barrels, Spring 2005  *yes*

- Research conducted by Hamby, J., Brundage D., Thorpe, J.

A Validation of Fracture Matching Through the Microscopic Examination of the Fractured Surfaces of Hacksaw Blades, Spring 2007
- Research conducted by Lauren Claytor and Ann Davis-Virginia Department of Forensic Science

Ten (10) Consecutively Manufactured Glock Miami Barrels (EBIS Barrels), March 2009
- Research conducted by Tom Fadul, Miami-Dade Police Department

Ten (10) Consecutively Manufactured Ruger Slides, August 2010
- Research conducted by Tom Fadul, Miami-Dade Police Department

✓Fired Cartridge Case Error Rate Study with Ruger SR-9, 2013

- Research conducted by David Baldwin, Midwest Forensics Resource Center