| Gov. Ex. # | Bates # | Description |
|---|---|---|
| 255 | 26355 | Ballistic Comparison Photos |
| 256 | 26352 | Prince George County Firearm Examination Unit NIBIN report |
| 257 | 26354 | NIBIN report worksheet |
| 258 | 11458 | FBI Receipt for Property from MD Capital Park Police, 8/7/2018 |
| 259 | 11465 | Firearms Trace Summary re .40 cal S&W handgun, SN FYH4828 |
| 260 | **PHYS. EVID.** | FBI Item 1B10:(U) LG Flip Tracphone cell phone (250-7232); device no: 01459800010668905 (Item 12) |
| 261 | **PHYS. EVID.** | FBI Item 1B89: Smith & Wesson SD40VE .40 Caliber Handgun Serial #: FYH4828 with empty magazine. |
| 262 | **PHYS. EVID.** | FBI 1B90: (U) Plastic bag containing quantity (12) .40 caliber rounds of ammunition. |
| 263 | 20720-20740 | DPD Incident 16-006954, aggravated assualt on Colquhoun St., Danville, 8/24/2016 |
| 264 | IMG_7340.JPG | PHOTO: Convenience Store, corner of Jefferson St. |
| 265 | IMG_7342.JPG | PHOTO: distant view of rear of Nissan Sentra, broken rear window |
| 266 | IMG_7345.JPG | PHOTO: Nissan Sentra, broken rear window from driver's side |
| 267 | IMG_7346.JPG | PHOTO: Nissan Sentra, broken rear window from passenger side |
| 268 | IMG_7347.JPG | PHOTO: distant view Nissan Sentra, broken rear window, evidence markers |
| 269 | IMG_7349.JPG | PHOTO: driver's side Nissan Sentra, evidence markers |
| 270 | IMG_7352.JPG | PHOTO: rear view Nissan Sentra, evidence markers 5-11 |
| 271 | IMG_7353.JPG | PHOTO: Street, evidence marker 12 |
| 272 | IMG_7356.JPG | PHOTO: Front of red/white house, # 740 |
| 273 | IMG_7357.JPG | PHOTO: Side view of red/white house, side yard |
| 274 | IMG_7358.JPG | PHOTO: Side of # 740 |
| 275 | IMG_7359.JPG | PHOTO: Bullet hole in the wall of # 740 |
| 276 | IMG_7362.JPG | PHOTO: distant view of front of Nissan Sentra, evidence markers |
| 277 | IMG_7363.JPG | PHOTO: distant view of front of Nissan Sentra, evidence markers 20, 21, 22, 23 |
| 278 | IMG_7364.JPG | PHOTO: distant view of front of Nissan Sentra, evidence markers 19, 20, 21 |