UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 2

Case No.: **4:18CR00011**                                       Date: **10/8/2019**

**Defendant:**
4:18-cr-00011-MFU-RSB-1 Marcus Jay Davis
4:18-cr-00011-MFU-RSB-2 Kevin Lamont Trent, Jr.
4:18-cr-00011-MFU-RSB-3 Kanas Lamont'e Trent
4:18-cr-00011-MFU-RSB-4 Deshaun Lamar Trent
4:18-cr-00011-MFU-RSB-5 Phillip Daekwon Miles
4:18-cr-00011-MFU-RSB-6 Shabba Larun Chandler
4:18-cr-00011-MFU-RSB-8 Ashley Tiana Ross (bond)
4:18-cr-00011-MFU-RSB-10 Tenikqua Fuller (bond)

**Counsel:**
Tony Anderson, Bev Davis
Aaron Cook, Jimmy Turk
Bonnie Lepold, Mike Hemenway
Chris Kowalczuk, Patrick Kenney
Tyson Daniel, Cary Bowen
Aaron Houchens, Jeff Dorsey
Terry Grimes

Corey Diviney

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Michael F. Urbanski, CUSDJ |
| | TIME IN COURT: | 9:18-11:37; 12:00-12:42; 1:46-3:55; 4:10-6:48; 6:59-8:06 |
| | | 8h 55m |
| | Deputy Clerk: | Kristin Ayersman |
| | Court Reporter: | Judy Webb |
| | U. S. Attorney: | Heather Carlton, Ron Huber, Michael Newman |
| | USPO: | Kim Falatic |
| | Case Agent: | Devin Taylor, FBI, Officer |
| | Interpreter: | none |

LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Panel 3- Jurors enter courtroom 9:40. Collective voir dire. Recess 11:37 Reconvene 12:00. Collective voir dire continued. Recess 12:42 Reconvene 1:46 Individual voir dire. Recess 3:55 Reconvene 4:10 Court and parties address issue of agreed strikes. Individual voir dire continues.

Recess 6:48  Reconvene 6:59  Court addresses counsel/parties – voir dire will end at 5:30pm tomorrow and thereafter.  Court will start at 9:30am.  Court addresses dft participation in bench conferences – dfts shall remain seated.  Challenges for cause. Court asks OCR to forward rough copy of Juror 19 to deal with tomorrow.  Review of strikes.  Dft 4 readdresses the two jurors TUA yesterday, opposition from other dfts.  Court will conduct voir dire from 9:30am to 5:30pm on 10/9 – and considering conducting all voir dire by court. Parties to be in and ready to go prior to 9:30am.

    19 struck jurors struck for cause.  1 juror TUA.
    # struck jurors struck by Government.
    # struck jurors struck by Defendant.
    # jurors sworn member jury impaneled and sworn.  Remaining jurors discharged.
- [ ] Preliminary remarks and instructions to jury by Court.
- [ ] United States of America or Defendant makes oral Motion to Exclude Witnesses from Courtroom.  Court grants motion.
- [ ] Opening Statements by counsel.
- [ ] Government presents evidence.
- [ ] Government rests.
- [ ] Defendant makes Motion for Judgment of Acquittal.
      Court [ ] grants [ ] denies [ ] takes under advisement.
- [ ] Defendant presents evidence.
- [ ] Defendant rests.
- [ ] Defendant renews Motion for Judgment of Acquittal.
      Court [ ] grants [ ] denies [ ] takes under advisement.
- [ ] Rebuttal evidence.
- [ ] Surrebuttal evidence.
- [ ] Closing Arguments.
- [ ] Jury Instructions given to Jury.
- [ ] Objections to Jury Instructions by U.S.A and/or Defendant.
      Court [ ] overrules [ ] grants.
- [ ] Jury retires to deliberate at Time retired.
- [ ] Jury returns at Time returned.
- [ ] Jury Verdict: Verdict?
      - [ ] Jury polled.          [ ] Polling waived.
      - [ ] Mistrial declared.    [ ] Jury discharged.

- [ ] Motions after verdict:
- [ ] Sentencing set for _____..
- [ ] Sentencing to be set by Clerk.
- [ ] Court orders Presentence Report.
- [ ] Defendant remanded to custody.
- [ ] Defendant to remain on bond.

Additional Information:
Court vacates retention of two jurors from 10/7/19 and takes them under advisement.